UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Derian Douglas Hickman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09 0342 |
| ) | |
| Supreme Court of the United States ) | |
| of America, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, fails to state a claim upon which relief may be granted or is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

Plaintiff, a resident of Washington, D.C., sues the Supreme Court ultimately for "any and all of my previous income totaling over 500 million or more." Compl. at 2. Besides the fact that the complaint is nothing more than a list of requests, the relief sought is beyond the scope of the Supreme Court's authority. A separate Order of dismissal accompanies this Memorandum Opinion.

*Ellen S Huvelle*
United States District Judge

Date: February 6, 2009

